UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HENRY LEWIS DUHART,

            Petitioner,

v.                      Case No. 3:10-cv-838-J-99TJC-JBT

WALTER MCNEIL, et al.,

            Respondents.

_____

**ORDER**

This cause is before the Court upon Respondents' motion to strike the last ground of the Petition (Doc. #1), unnumbered ground, labeled Issues II, V, VI, VII, VIII, IX, and X. This matter was considered by the United States Magistrate Judge, pursuant to 28 U.S.C. § 636. The Magistrate Judge filed a Report and Recommendation, recommending that Respondents' Motion to Strike or Require Clarifying Statement and Contingent Request to Re-set Response Deadline (Doc. #8) be granted to the extent that Petitioner's unnumbered ground (labeled Issues II, V, VI, VII,

VIII, IX, and X) should be stricken. The Magistrate Judge informed the Petitioner that, within fourteen (14) days after being served with a copy of the Report and Recommendation, he may serve and file specific written objections to the proposed findings and recommendations. Furthermore, Petitioner was advised that a judge of the court would make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection was made.

Petitioner has filed a document entitled Petitioner's Response to Motion to Strike or Require Clarifying Statement and Contingent Request to Re-set Response Deadline Report and Recommendation (Doc. #12) (Response). The Court construes the Response to be objections to the Report and Recommendation (Doc. #10). The objections will be overruled.

Upon consideration of the Magistrate Judge's Report and Recommendation and upon this Court's independent examination, it is

**ORDERED:**

1. That Petitioner's objections to the Report and Recommendation are **overruled.**

3. That the Magistrate Judge's Report and Recommendation (Doc. #10), filed herein on January 21, 2011, is hereby adopted and affirmed and made a part hereof.

4. That Respondents' January 7, 2011, Motion to Strike or Require Clarifying Statement and Contingent Request to Re-set

Response Deadline (Doc. #8) is **GRANTED** to the extent that Petitioner's unnumbered ground (labeled Issues II, V, VI, VII, VIII, IX, and X) of the Petition (Doc. #1) is **STRICKEN**.

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of March, 2011.

_____
TIMOTHY J. CORRIGAN
United States District Judge

sa 3/1
c:
The Honorable Joel B. Toomey
United States Magistrate Judge

Henry Lewis Duhart
Ass't A.G. (McCoy)